**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**LAWRENCE E. COLEMAN**                                                                 **PLAINTIFF**

**v.**               Civil No. 2:08-CV-2053-JLH

**LARRY NORRIS, Director**
**Arkansas Department of Corrections**                                      **DEFENDANT**

### O R D E R

Now on this 16th day of July, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #3, filed June 24, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Clerk of Court is hereby **directed to transfer this case to the United States District Court, Eastern District of Arkansas, Western Division, 600 W. Capitol Ave., Little Rock, AR  72201-3325.**

**IT IS SO ORDERED.**

                                                                **/s/Jimm Larry Hendren**
                                                                **HON. JIMM LARRY HENDREN**
                                                                **UNITED STATES DISTRICT JUDGE**