IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE E. COLEMAN                                              PETITIONER

vs.            Civil Case No. 5:08CV00193 BSM

LARRY NORRIS, Director,
Arkansas Department of Correction                                RESPONDENT

## ORDER

Pursuant to Petitioner's Motion to Dismiss (DE #8), this petition is hereby dismissed without prejudice.

SO ORDERED this 6th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE