```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

LAWRENCE E. COLEMAN                                      PETITIONER

vs.              Civil Case No. 5:08CV00193 BSM

LARRY NORRIS, Director,
Arkansas Department of Correction                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered this date, this petition is dismissed without prejudice.

IT IS SO ADJUDGED this 6th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE